UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 20-13427-ELF-7

Joseph M. Ryder, Jr.                                                                                      Chapter 7
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Bankr. Case No. 20-13427-ELF-7

Joseph M. Ryder, Jr.                                                                Chapter 7

     Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 9, 2020 :

    CAROL B. MCCULLOUGH                             TERRY P. DERSHAW
    65 W. Street Road                                          P.O. Box 556
    Suite A-204                                                  Warminster, PA 18974
    Warminister, PA 18974

                                                                           By /s/ Mandy Youngblood_____
                                                                                Mandy Youngblood

xxxxx13331 / 1028549